# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas Summers | ) Case No: 1:99-CR-09-01 |
|  | ) USM No: |
| Date of Previous Judgment: 2/11/00 | ) Mary Ellen Coleman |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✖ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.   ✖ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** __135__ __months__. If this revised sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence.      .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✖ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __2/11/00__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   October 31, 2008                                     /s/
                                                                                              Judge's signature

Effective Date:   November 13, 2008              Curtis L. Collier, Chief United States District Judge
       (if different from order date)                                      Printed name and title